RECEIVED
SDNY PRO SE OFFICE
2016 JUN 14 PM 12: 36

RECEIVED
JUN 1 3 2016
LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

6/7/16

To:

From. Juel Roundtree #3491505881

RE: Exhibits and discreperancies in Medical record for
15-CV-8198 and/or deliberate falsifications

Please accepts these and notes on copies
as proof of falsification of public records and/or
manufacturing of false evidence.
These show the deliberate poor record keeping,
negligence and professional malfeazance and malfeasance.
Corizon and the D.O.C. should be under investigation
for this custom and practice of illegal records
and evidence tampering.

Respectfully Submitted Juel Roundtree

Sworn to before me
this 7th day of June, 2016

LAKENYA A. JOHNSON
NOTARY PUBLIC-STATE OF NEW YORK
No. 01JO6221713
Qualified in Kings County
My Commission Expires 5/10/18

**NYSID No:** 06049698L **B&C No:** 3491505881

**ROUNDTREE, JUEL**
625 8TH AVE, 12B, NY, NY 10129

**DOB:** 02/03/1971 **Age:** 44 Y **Sex:** male

**Primary Insurance:** Medicaid
**PCP:**

Home:
Work:
Cell:
Email:
Advance Directive:

**Allergies :** N.K.D.A

*Never gave them permission to contact medicaid & gave no information* (HIPAA violation)

## Medical History

### Active Problem List

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|------|------|---------|-------|----------|-------------|-------------|
| RI50 | SMI - NO | | | 06/02/2015 | 06/02/2015 | Villar, Ofelia |
| 493.90 | ASTHMA NOS | | | | 06/02/2015 | Villar, Ofelia |
| 714.9 | Arthralgias | Multiple joints, LE>UE | | | 03/14/2015 | Appiah, Charles |
| 278.00 | OBESITY NOS | | | | 06/02/2015 | Villar, Ofelia |
| V70.0 | ROUTINE MEDICAL EXAM | | | | 05/27/2015 | Grandoit, Jean |
| 338.21 | CHRONIC PAIN DUE TO TRAUMA | | orthopedic appt on 7/2,was started on neurontin 2 days ago ,d/c naproxen,start tramadol.Pt was on 50mg qid on the st,will order100mg bid | | 06/17/2015 | Georges, Marie |
| 530.81 | GERD | | | | 06/02/2015 | Villar, Ofelia |
| 836.2 | TEAR MENISCUS NEC-CURREN | | | | 05/27/2015 | Grandoit, Jean |
| 726.2 | SHOULDER REGION DIS NEC | | | | 10/29/2013 | Parks, Scott |
| 300.9 | Psychiatric disorder or problem | | | | 07/26/2013 | Pedestru, Cristian |
| 309.0 | Adjustment disorder with depressed mood | | | | 05/27/2015 | Grandoit, Jean |
| 295.70 | SCHIZOAFFECTIVE DIS NOS | | | | 05/27/2015 | Grandoit, Jean |
| 799.9 | Diagnosis deferred | | | | 07/31/2013 | Frey, Matthew |
| 312.30 | Impulse control disorder, unspecified | | | | 05/27/2015 | Grandoit, Jean |
| 295.72 | Schizoaffective disorder, chronic | | | | 06/02/2015 | Villar, Ofelia |
| 301.7 | Antisocial personality disorder | | | | 06/02/2015 | Villar, Ofelia |
| 726.10 | Rotator cuff syndrome NOS | | | | 05/27/2015 | Grandoit, Jean |

**NYSID No:** 06049698L  **B&C No:** 3491505881

**ROUNDTREE, JUEL**
625 8TH AVE, 12B, NY, NY 10129

**DOB:** 02/03/1971  **Age:** 44 Y  **Sex:** male

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:**  Medicaid
**PCP:**

**Allergies :**  N.K.D.A

| Code | Description | | Date | Provider |
|------|-------------|---|------|----------|
| 521.00 | Dental caries NOS | | 09/04/2013 | Jimoh, Saidu |
| 715.98 | OSTEOARTHRO NOS-OTH SITE | mild osteoarthritis as per x-ray | 06/17/2015 | Georges, Marie |
| V72.2 | Dental examination | | 09/18/2013 | Satter, Quazi |
| 525.9 | Toothache | | 10/16/2013 | Jones, Vanessa |
| 796.2 | Elevated blood pressure reading without diagnosis of hypertension | | 05/27/2015 | Grandoit, Jean |
| 784.99 | Halitosis | | 10/17/2013 | Devivo, Lynn |
| 472.0 | Rhinitis NOS | | 10/29/2013 | Parks, Scott |
| 520.6 | Impacted tooth | | 10/30/2013 | Satter, Quazi |
| E958.8 | INJURY-NEC | | 11/30/2013 | Ihenacho, Gloria |
| 920 | Contusion of scalp | | 11/30/2013 | Ihenacho, Gloria |
| 536.8 | Indigestion NOS | | 12/03/2013 | Tse, Marshall |
| 368.8 | Blurred vision NOS | 12/07/2013 | 12/07/2013 | Umeozor, Augustine |
| V85.39 | BMI 39.0-39.9,ADULT | 05/27/2015 | 05/27/2015 | Grandoit, Jean |
| 304.80 | Polysubstance dependence, unspecified | 06/02/2015 | 06/02/2015 | Villar, Ofelia |

**Medications**

**Name strength formulation, Sig: take route frequency**

Neurontin 300 MG Capsule, Sig: 3 capsules Orally Twice a Day Start Date: 07/13/2015

Ibuprofen 400 MG Tablet, Sig: 2 tabs Orally Daily PRN with food Start Date: 07/15/2015

Tramadol HCl 50 mg Tablet, Sig: 2 tabs Orally Twice a Day Start Date: 07/15/2015

Zantac 150 MG Tablet, Sig: 1 tab Orally Twice a Day Start Date: 05/27/2015

Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution, Sig: 2 puffs Inhalation Every 6 Hours, as needed Start Date: 05/27/2015

Violence
  ever hit or assaulted anyone *Yes*
  ever been charged with sexual offense *No*
  ever been assaulted *Yes*
  ever been a victim of sexual abuse *Yes*
Education
  grade level completed *some college*
  learning disability *No*
  were you in special education *No*
Sexual history
  sexually active with *women*
  current number of sexual partners *3*
  do you and your partner use condoms *No*

**Allergies**
N.K.D.A.

**Hospitalization/Major
Diagnostic Procedure**
skin grafts both hands 2003
MVA 08/2012

ER visits in the last year *No*
TB History
  Have you ever had active TB *no*
  History of positive Tuberculin Skin Test *No*
  TB symptoms *None*
  Recent exposure to TB *no*
  No history of TB or LTBI *Asymptomatic*
HIV History
  HIV/AIDS *no*
  have you ever been tested for HIV *Yes*
  date last tested *2/2015*
  result of last test *negative*
  do you want to have HIV test today *yes*
Mental Health History
  Mental health or Nervous problems *Yes*
  What type *Schizophrenia,Other*
  Required hospitalization *Yes*
  when last hospitalized *1984*
  where   *UPSTATE NEW YORK*
  in treatment *No*
  Ever tried to hurt or kill yourself *no*
  family history of mental illness *Yes*
  who *mother*
  family history of suicide *No*
  Trouble falling or staying asleep *Yes*
  Changes in appetite or eating habits *Yes*
  You feel hopeless or worthless *No*
  Little interest or pleasure in doing things *Yes*
TEMPLATES:

    New Admission MDC/VCBC/RNDC/OBCC
Ebola Virus Disease (EVD) Screening:
    Ebola Virus Disease (EVD) Screening
    Travel to a country with widespread EVD transmission (Guinea,
Sierra Leone) in the last 21 days? *No*
    Exposure to known or suspected Ebola patient in the last 21 days?
*No*
COMMUNITY MEDICATION FILL HISTORY:
    Did you check Community Medication Fill Database?
    Did you check Community Medication Fill Database? *Yes*
    Community Medication Fill History Results (Copy/Paste from
Database) /CYCLOBENZAPRINE, 60 10MG TABLETS - TK 1 T PO BID
MDD 2 TS 59746017710 6/12/2014
    HYDROCHLOROTHIAZIDE, 30 12.5MG CAPSULES - TK 1 C PO
ONCE D 59746038210 6/12/2014
    HYDROCODONE -ACETAMINOPHEN, 60 5-325 TB - TK ONE T
PO Q 4 TO 6 H. MDD 4 TS 00591320205 6/9/2014
    MELOXICAM, 30 15MG TABLETS - TK 1 T PO ONCE D
68180050203 6/12/2014
    OXYCODONE-ACETAMINOPHEN, 120 10-325MG TB - TK 1 T PO
QID. MDD 4 TS 00228298311 7/25/2014
    TRAMADOL, 120 50MG TABLETS - TK 1 T PO QID MDD 4 TS
68382031910 6/12/2014

*[Handwritten note in left margin: "Deprived of these Necessary Medications"]*

---

**Patient: ROUNDTREE, JUEL   DOB: 02/03/1971   Progress Note: Jean Grandoit, PA   05/26/2015**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...          7/17/2015

| 123/79 | 12:28:38 AM | Shaw |
|---|---|---|
| **Pulse** | | |
| 76 | 05/27/2015 12:28:38 AM | Omolola Olufunmilayo-Shaw |
| **RR** | | |
| 16 | 05/27/2015 12:28:38 AM | Omolola Olufunmilayo-Shaw |
| **Temp** | | |
| 98.1 | 05/27/2015 12:28:38 AM | Omolola Olufunmilayo-Shaw |
| **Peak Flow** | | |
| 400 | 05/27/2015 12:28:38 AM | Omolola Olufunmilayo-Shaw |
| **SaO2** | | |
| 100 | 05/27/2015 12:28:38 AM | Omolola Olufunmilayo-Shaw |

0120AM PT MEDICATED WITH NAPROSYN 500MG P.O. AND
ROBAXIN 500MG P.O. AS PER MD ORDERS. PT TEACHING DONE.
PT DENIES ANY DRUG ALLERGIES. PT VERBALISE
UNDERSTANDING. OS LPN.

*[handwritten note, left margin: extremely inadequate painkillers]*

**Past Orders**
Urine Drug Screen (Order Date - 05/26/2015)
(Collection Date - 05/27/2015)

*[handwritten note, right margin: Never gave permission for drug screening & was not notified "illegal"]*

    Result: Abnormal/Positive/Reactive
    Cocaine                pos
    Meth                   neg
    Opiates                neg
    Benzos                 neg
    Notes: Jacob,Lena , PCA 5/27/2015 12:55:33
AM > Specimen collected

**Physical Examination**
General Appearance:
    General Appearance: Normal.
    Hygiene: unremarkable.
    Ill-appearance: none.
    Mental Status: alert and oriented.
    Mood/Affect: euthymic.
    Race: african-american.
    Speech: unremarkable.
    Eye contact: normal.
    Build: obese .
BACK:
    Spine: normal spine curvature.
    General: unremarkable.
    ROM: FROM without pain. *[handwritten: *lie* pain from metal benches]*
HEENT:
    Head: normocephalic, atraumatic.
    General Normal.

---

Patient: ROUNDTREE, JUEL   DOB: 02/03/1971   Progress Note: Jean Grandoit, PA   05/26/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...        7/17/2015

Eyes: PERRLA, EOMI.
Fundi: disc not visualized.
Ears: external ear unremarkable.
Nose: no deviation.
Throat: no exudate.
Oral cavity: no lesions seen, moist mucosa , no thrush.

NECK:
General: supple.
Cervical lymph nodes: nontender.
Thyroid: no thyromegaly.

CHEST:
Shape and expansion: normal, no chest wall tenderness.
Scar: not present.
General normal.

DERMATOLOGY:
Skin: warm, and moist.
General Normal.

BREASTS:
General symmetric, no abnormal skin changes.
Gynecomastia: not present.

LUNGS:
Auscultation: CTA bilaterally, no wheezing/rhonchi/rales.
General Normal.
Airflow: normal air movement.
Rate: regular.
Percussion: normal.
Effort: no respiratory distress, comfortable breathing.

HEART:
Rate: regular.
General Normal.
Rhythm: regular.
Heart sounds: normal S1S2.
Murmurs: none.
PMI: normal.

ABDOMEN:
General soft, nontender, BS +,.
Auscultation: normal bowel sounds.
Palpation soft, nontender, no guarding.
Scars: none.

RECTUM/ANUS:
Digital Rectal Exam Refused. ＊ Never offered ＊ *Deliberate Lie*

GU - MALE:
General Normal.
External genitals: no lesions, normal scrotum and penis.
Penis: no penile discharge, no penile lesions.
Scrotum: nontender.
Testicles: descended bilaterally.

EXTREMITIES:
General: no visible deformities, full range of motion. *lie never examined*
Pulses: 2+ bilateral. *Pain from metal benches*

MUSCULOSKELETAL:
Joints Demonstration: apparent normal usage/shape .

SKIN:

---

Patient: ROUNDTREE, JUEL   DOB: 02/03/1971   Progress Note: Jean Grandoit, PA   05/26/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterI...   7/17/2015

Form 330 ADM (CC) (10/11)

State of New York
COMMISSION OF CORRECTION
Office of Mental Health

# SUICIDE PREVENTION SCREENING GUIDELINES

| DETAINEE'S NAME Quinchet Juel | SEX M | DATE OF BIRTH 2/3/71 | MOST SERIOUS CHARGE(S) 121.12 | DATE 5/26/15 | TIME |
|---|---|---|---|---|---|

| NAME OF FACILITY MDC | NAME OF SCREENING OFFICER | Does detainee have prior ADM 330 on file. YES ☐ If yes, review NO ☐ |
|---|---|---|

| Book and Case # 54 415C5881 | Check appropriate column for each question | NYSID # 04 6982 |
|---|---|---|

| | Column A YES | Column B NO | General Comments/Observations All "YES" Responses Require Note to Document |
|---|---|---|---|
| **OBSERVATIONS OF ARRESTING/TRANSPORTING OFFICER** | | | |
| 1. Arresting or transporting officer believes or has received information that detainee may be a suicide risk. If YES, notify supervisor. | | ✓ | |
| **PERSONAL DATA** | No Family Friends | | |
| 2. Detainee lacks support of family or friends in the community. | | ✓ | |
| 3. Detainee has experienced a significant loss within the last six months (e.g., loss of job, loss of relationship, death of close family member). | | ✓ | |
| 4. Detainee is very worried about major problems other than legal situation (e.g., serious financial or family problems, a medical condition or fear of losing job). | | ✓ | |
| 5. Detainee's family member or significant other (spouse, parent, close friend, lover) has attempted or committed suicide. | | ✓ | |
| 6. Detainee has history of drug or alcohol abuse. (Note drug and when last used.) | | ✓ | |
| 7. Detainee has history of counseling or mental health evaluation/treatment. (Note current psychotropic medications and name of most recent treatment agency.) | | ✓ | |
| 8. Detainee expresses EXTREME embarrassment, shame, or feelings of humiliation as result of charge/incarceration (ie. Are you worried arrest/incarceration will cause embarrassment for self or family?) If YES, notify supervisor. | | ✓ | |
| 9. Detainee is thinking about killing self. If YES, notify supervisor. | | ✓ | |
| 10a. Detainee has previous suicide attempt. (Explore method and check for scars.) | | ✓ | |
| b. Attempt occurred within last year. If YES, notify supervisor. | | ✓ | |
| 11. Detainee is expressing feelings of hopelessness (nothing to look forward to). If YES, notify supervisor. | | ✓ | |
| 12. This is detainee's first incarceration in lockup/jail. | | ✓ | |
| **BEHAVIOR/APPEARANCE** | | | |
| 13. Detainee shows signs of depression (e.g., crying, emotional flatness). | | ✓ | |
| 14. Detainee appears overly anxious, panicked, afraid or angry. | | ✓ | |
| 15. Detainee is displaying unusual behaviors or is acting and/or talking in a strange manner. (e.g., cannot focus attention; hearing or seeing things which are not there). | | ✓ | |
| 16a. Detainee is apparently under the influence of alcohol or drugs. | | ✓ | |
| b. Detainee self reports or is showing signs of withdrawal from alcohol or drugs. | | ✓ | |
| c. Detainee is incoherent, disoriented, or showing signs of mental illness. If YES to b or c, notify supervisor. | | ✓ | |

**TOTAL Column A** _____

Officer's Comments / Impressions      * Never asked *

**ACTION**
If total checks in Column A are 8 or more, or any shaded box is checked, or if you feel it is necessary, institute constant supervision and notify supervisor.

Constant Supervision Instituted:      YES _____      NO ✓

Supervisor Notified:      YES _____      NO _____

| | **EMERGENCY** | **NON-EMERGENCY** |
|---|---|---|
| Detainee Referred to Medical / Mental Health: YES _____ NO _____ | If YES: medical _____ mental health _____ | medical _____ mental health _____ |

Signature and Badge Number of Screening Officer:      Jean Brandon PA

Signature and Badge Number of Supervisor: (If required)

WHITE: (Facility File)        YELLOW: (Medical/MH Referral or Facility Transfer)        Over



# Manhattan Detention Center

125 White Street
New York NY 10013
Ph:  Fax:

## Initial Intake Form

**Name:** ROUNDTREE, JUEL   **Date:** 05/27/2015

### * Current medical provider

☐ hospital clinic

☐ community health center

☐ VA hospital

☑ private MD

☐ emergency room

☐ jail/prison

☐ other

☐ none

**Name/address of medical provider**

DR LAZARFEYGIN,  PT DOES NOT REMEMBER  MD  ADDRESS

### * when last seen by medical provider

☐ < week ago

☐ < month ago

☑ 1-6 months ago

☐ 7-12 months ago

☐ 1-3 years ago

☐ > 3 years ago

☐ don't know

### * disabilities

☑ Yes

☐ No

#### * type

☐ blind, one eye

☐ blind, both eyes

☐ deaf

☐ hard of hearing/use hearing aide

☐ mute

☐ hemiplegia, right

☐ hemiplegia, left

☐ quadriplegia

☐ paraplegia

☐ amputee

☑ other

**(specify)**

BL KNEE SURGERY, BAD ANKLE AND SHOULDER

Never Had surgery
Never said I did
Inaccurate Medical Record
Reported torn meniscus both Knees

**use an assistive device**

☐ wheelchair

☑ cane

☐ crutch

☐ prosthetic

☐ brace

☐ other

☐ none

**\* chickenpox**

☐ yes

☑ no

☐ don't know

**\* STD**

☑ Yes

☐ No

**type**

☐ chlamydia

☑ gonorrhea

☐ syphilis

☐ herpes

☐ genital warts

☐ anal warts

☐ trichomonas

☐ other

☐ don't know

**treated**

☑ Yes

☐ No

**\* hypertension**

☐ Yes

☑ No

**\* heart disease**

☐ Yes

☑ No

**\* diabetes**

☐ Yes

☑ No

**\* seizures**

☐ Yes

☑ No

**\* Liver disease**

☐ Yes

☑ No

**\* kidney disease**

☐ Yes

☑ No

**\* cancer**

☐ Yes

☑ No

| Next >> | Save & Next >> |
|---------|----------------|



# ROUNDTREE, JUEL

**44 Y old Male, DOB: 02/03/1971**
**625 8TH AVE, 12B, NY, NY 10129**
**Provider: Madhava, Valsa, MD**

**Telephone**
**Encounter**

**Answered by**   eclinicalworks, support (PROD)

Date: 06/01/2015
Time: 10:33 PM

**Reason**      Chart Review - Facility Transfer

### Reason for Appointment
1. Chart Review - Facility Transfer

### History of Present Illness
TEMPLATES:

   Transfer Chart Review   .
Patient Chart Reviews:
   Transfer Chart Review
   Intake History and Physical Completed (If NOT, Schedule an INTAKE appointment)? *Yes /*
   DID the Patient Refuse Intake? *No /*
   IS or SHOULD patient be in MEDICAL ISOLATION (Requires Daily Rounds)? *No /*

   Pending or Missed Labs or DI's? *No /*
   All necessary Labs and DI's have been ordered? *Yes /*
   QFT result present and appropriately addressed: *Yes /*
   Reschedule MISSED Follow-up visits at new facility: *Yes /*
   Patient has DOT Medications and/or Insulin orders (If So Please Reorder)? *No /*
   Is the patient being transfered from NIC/CDU (If YES, review discharge note and reorder medication)? *No /*
   Does the Patient require Heat Sensitive Housing (If yes, print Heat Sensitivity Form)? *No /*
   Special Dietary Requirements? (If yes, re-order dietary prescription and/or consult) *No /*
   Reorder Dietary Prescription and/or consult (FOR FOOD ALLERGY/ SPECIAL DIET/ FOOD SUPPLEMENT) : *N/A /*
   History of Present Illness (narrative assessment -- free text in Notes field)  /
   Consults reviewed? *Yes /*
   Description of pertinent lab/DI abnormalities (free text in Notes field)  /

   Is the patient on Suicide Watch? *No /*
   IF on Suicide Watch, Refer to Mental Health: *N/A /*
   IF on Suicide Watch, Is there a TN form? *N/A /*

### Current Medications
None ——— ▷ lie-painkillers ↓Zantac 150 ✳ Inaccurate Medi records ✳ Rush job to Clear me for Gen. Population

### Past Medical History
Disabilities from knee disorders walk with a can

---

**Patient: ROUNDTREE, JUEL   DOB: 02/03/1971   Provider: Madhava, Valsa, MD   06/01/2015**
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

no JVD.
    HEART: HEART SOUNDS:-, normal S1S2, MURMURS:-, none.
    LUNGS: good air exchange, clear to auscultation bilaterally.
    ABDOMEN: soft, NT/ND, BS present.
    EXTREMITIES: right hip graft, and hands palmar thick skin
limited left shoulder on raising upper extremity,left knee chronic
swelling, no tenderness,limited extension.

### Assessments

1. CHRONIC PAIN DUE TO TRAUMA - 338.21, orthopedic appt on
7/2,was started on neurontin 2 days ago ,d/c naproxen,start
tramadol.Pt was on 50mg qid on the st,will order100mg bid
2. OSTEOARTHRO NOS-OTH SITE - 715.98, mild osteoarthritis as per
x-ray

### Treatment

**1. CHRONIC PAIN DUE TO TRAUMA**
Start Tramadol HCl Tablet, 50 mg, 2 tabs, Orally, Twice a Day, 7 days,
Pharmacy
Stop Naproxen Tablet, 250 MG, 2 tabs, Orally, Twice a Day, 7 days,
Pharmacy



**Electronically signed by Marie Georges MD on 06/17/2015 at
03:38 PM EDT**

**Sign off status: Completed**

---

George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-2107
Fax:

---

Patient: ROUNDTREE, JUEL   DOB: 02/03/1971   Progress Note: Georges Marie, MD   06/17/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*


**Health**
**Correctional Health Services**

# ROUNDTREE, JUEL

44 Y old Male, DOB: 02/03/1971
625 8TH AVE, 12B, NY, NY 10129
Provider: Chercever, Arkady

**Telephone Encounter**

| | | |
|---|---|---|
| **Answered by** | Chercever, Arkady | Date: 07/15/2015 |
| | | Time: 02:06 PM |

**Reason**  Medication Renewal

**Medication**  Start Tramadol HCl Tablet, 50 mg, Orally, Pharmacy, 2 tabs, Twice a Day, 7 days
Start Ibuprofen Tablet, 400 MG, Orally, Pharmacy, 2 tabs, Daily PRN with food, 7 days, Refills=0

### Reason for Appointment
1. Medication Renewal

### Current Medications
Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs Every 6 Hours, as needed, stop date 08/25/2015
Zantac 150 MG Tablet 1 tab Twice a Day, stop date 08/25/2015
Tramadol HCl 50 mg Tablet 2 tabs Twice a Day, stop date 07/16/2015
Neurontin 300 MG Capsule 3 capsules Twice a Day, stop date 07/27/2015

### Past Medical History
Disabilities from knee disorders walk with a can
STD
Asthma hx
GERD hx
Rotator cuff syndrome hx
Osteoarthritis hx
Obesity
Chronic pain hx

### Allergies
N.K.D.A.

### Assessments
1. CHRONIC PAIN DUE TO TRAUMA - 338.21

### Treatment
**1. CHRONIC PAIN DUE TO TRAUMA**
Start Tramadol HCl Tablet, 50 mg, 2 tabs, Orally, Twice a Day, 7 days, Pharmacy
Start Ibuprofen Tablet, 400 MG, 2 tabs, Orally, Daily PRN with food, 7 days, Pharmacy, Refills 0

Patient: **ROUNDTREE, JUEL**   DOB: **02/03/1971**   Provider: **Chercever, Arkady**   07/15/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Patient: ROUNDTREE, JUEL   DOB: 02/03/1971   Provider: Cherchever, Arkady   07/15/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*



**NYC Health**

DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

## CORRECTIONAL HEALTH SERVICES COMPLAINT

Please fill out this form and drop it in the Second Opinion/Complaint Box in your facility. If you need help completing the form, ask a medical or mental health staff member.

**Information about you (please print)**

Name Jul Roundtree    Book & Case Number 349.150.5881
Facility GRVC 🙂    Housing Area 9B

**What is your complaint? (Tell us what happened. Give as much information as you can, including which staff members were involved. Sign and date the form.)**

When did this happen? 6/3 - today    Where did this happen? GRVC

What happened? (Please print clearly.) I am being given substandard care even though my numerous medical conditions are known. #1, due to my numerous injuries. I should not be a max classification or housed in housing areas known to be dangerous or turbulent. I am being housed in a area, I am not allowed to use. My UCkner and with no chairs. The seating is a small round steel disk attached to a dangerous steel picnic bench style table, I am too big to sit comfortably, and am always in pain sitting on them. My back is on fire after sitting on these steel discs and I also require much stronger pain killers and more specialized care. I should never have been moved here.

Signature Jul Roundtree    Date 6/10/2015

4566

FOR OFFICIAL USE ONLY
DATE RECEIVED _____    TRACKING NUMBER _____

CHS# 359 (09/07)



**CORRECTIONAL HEALTH SERVICES COMPLAINT**

Please fill out this form and drop it in the Second Opinion/Complaint Box in your facility. If you need help completing the form, ask a medical or mental health staff member.

**Information about you (please print)**

Name ___Juel Roundtree___ Book & Case Number ___349, 150, 5881___
Facility ___GRVC___ Housing Area ___9B___

**What is your complaint? (Tell us what happened. Give as much information as you can, including which staff members were involved. Sign and date the form.)**

When did this happen? ___6/2015 - Now___ Where did this happen? ___GRVC___

What happened? (Please print clearly.)
My medical circumstances are being completely
disregarded, as I am being forced to remain
in a bldg in a perpetual state of violent upheaval
that is extremely unsafe for a disabled person,
such as my self. I have been forced to
ambulate without my cane, up & down stairs, even
though I should not be using stairs. I'm not
being given strong enough painkillers and
it is extremely problematic for me. I have
been denied transport to sick call by certain
officers and I should be in a medical house
such as the housing in the 4 bldg for older
people like myself.

Signature ___Juel Roundtree___ Date ___6/15/2015___

**FOR OFFICIAL USE ONLY**
DATE RECEIVED _____ TRACKING NUMBER ___US16___

CHS# 359 (09/07)

## Request for Dental Care

If you need a Dental appointment, you do not need to visit the clinic. Please complete all the boxes on this form and place the completed form in the Over-the-Counter *Medication Request box.*

The Dental Department will schedule an appointment for you and will arrange to have you brought to the Dental clinic.

| Name: | Juel Roundtree |
|---|---|
| Book & Case Number: | 349.150 5881 |
| Date of Birth: | 2/3/71 |
| Housing Unit: | 9B GRVC |

| | |
|---|---|
| *Signature* (Juel Rou...) | 6/10/2015 **Date** |

## Peticion Para Servicios De Cuidados Dentales

Si usted necesita una cita Dental, Usted no necesita visitar la Clinica. solamente tiene que completar la informacion pedida en el formulario y depositarlo en la *Caja Para Solicitar Medicamentos.*

El Departamento Dental le dara una cita y facilitara todo lo necesario para que usted este presente en la Clinica Dental el dia de la cita.

| Nombre: | |
|---|---|
| Numero de Caso: | |
| Fecha de Nacimiento: | |
| Unidad de Alojamiento: | |

| | |
|---|---|
| **Firma** | **Fecha** |

Care Not received until March, 2016
Then substandard botched job

Addressed
K. MAXIMIN
7/7/2015

## Request for Aftercare Letter

If you need an Aftercare Letter, you do not need to visit the clinic. Please complete all the boxes on this form and place the completed form in the Over-the-Counter *Medication Request box*.

You will be called to the clinic when your Aftercare Letter is completed. Your Aftercare Letter will be given to you in a sealed envelop by the clinic officer.

| Name: | Juel Roundtree |
|---|---|
| Book & Case Number: | 349 150 588 1 |
| Date of Birth: | 2/3/71 |
| Housing Unit: | 9B · GRVC |

| Signature | Date |
|---|---|
| | 6/10/2015 |

## Peticion De Cartas para Cuidados Postoperatorios

Si usted necesita una *Carta De Cuidados Postoperatorios*, Usted no necesita visitar la clinica, solamente tiene que completar la informacion pedida en el formulario y depositarlo en la *Caja Para Solicitar Medicamentos*.

Usted sera citado a la clinica cuando su carta de Cuidados Postoperatios este lista. La Carta sera entregada personalmente a usted por un Official de la clinica en un sobre sallado.

| Nombre: | |
|---|---|
| Numero de Caso: | |
| Fecha de Nacimiento: | |
| Unidad de Alojamiento: | |

| Firma | Fecha |
|---|---|
| | |



# CORRECTIONAL HEALTH SERVICES COMPLAINT

Please fill out this form and drop it in the Second Opinion/Complaint Box in your facility. If you need help completing the form, ask a medical or mental health staff member.

## Information about you (please print)

Name Jue l Roundtree            Book & Case Number 349 150 5881
Facility CRVC            Housing Area 9B28

**What is your complaint? (Tell us what happened. Give as much information as you can, including which staff members were involved. Sign and date the form.)**

When did this happen? 6/15/15 - Now    Where did this happen? GRVC

What happened? (Please print clearly.)
I don't know if a joke is being played on me or not but, I was asked if I was (by Corizon staff tamiliar with tramadol + the dosage if any I had taken before. That dosage was 400 mg tramadol + 8mg percocet interspersed between the 400 mg tramadol every 4 hours. I received. I was instead given 50 mg of tramadol, which is not even worth the pain of walking to medication. Since it has absolutely no affect whatsoever. I'm done complaining Im on going to go way over this facility + Corizon's head. I refuse to allow you to put me through undue stress and extreme pain any longer. This is negligence to the highest degree.

Signature [signature]    Date 6/21/15

FOR OFFICIAL USE ONLY
DATE RECEIVED _____

TRACKING NUMBER 0366

CHS# 359 (09/07)



**THE NEW YORK CITY
DEPARTMENT of HEALTH
AND MENTAL HYGIENE**

# CORRECTIONAL HEALTH SERVICES
## RESPONSE TO COMPLAINT

Complaint Number _____
Inmate Name _Roundtree, Juel_       Received On _07/09/15_
Facility _GMC_       Book & Case Number _3491 05181_
Housing Area _15_

**We have investigated your complaint. Here is what we found:**

Your complaint for pain in NYU
and asked to renew medical notfiwry

*R I can't read this!!*

**We have taken the following actions** (*Responder—if none, so indicate*):

You manager are renown
does here inchearzy orthopedic
Evaluator has requestig

Name of Responder _Ph. Uchehpeen_       Date _07/13/15_

If you are not satisfied with how we have responded to your complaint, you may
file an appeal in the Second Opinion/Complaint box. You must do so within seven
(7) days of the date you received this response.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**The person who made the complaint has received a copy of this response:**

Name of Inmate _Roundtree, Juel_       Book & Case Number _3491505881_
Signature of Inmate _____       Date _07/15/15_

- - - - - - - - - - - - - - - - - - - - - -

FOR OFFICIAL USE ONLY

CHS# 360 (11/07)       TRACKING NUMBER _4560_

✳ Have No Idea What this says ✳

 **NYC Health**

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# PATIENT REFUSAL OF TREATMENT

| PATIENT'S LAST NAME ROUNDTREE | | FIRST NAME JUEL | | | NYSID NUMBER 08049698L | |
|---|---|---|---|---|---|---|
| BOOK AND CASE NUMBER 3491505881 | DATE 07/07/2015 | | TIME 11:38:57 AM | FACILITY George R. Vierno Center | | DATE OF ADMISSION 05/26/2015 16 |

This is to certify that I am over the age of eighteen (18) years of age and I am refusing the following:

☐ MEDICAL EVALUATION [HISTORY AND PHYSICAL]      ☐ MENTAL HEALTH EVALUATION

☐ MEDICAL SERVICES      ☐ MENTAL HEALTH SERVICES

☐ ADMINISTRATION OF MEDICATION (OTHER THAN PSYCHIATRIC)      ☐ ADMINISTRATION OF PSYCHIATRIC MEDICATION

☐ LABORATORY SERVICES      ☐ X-RAY SERVICES      ☐ DIAGNOSTIC TESTING

☐ HEAT SENSITIVE HOUSING      ☑ CLINICAL APPOINTMENT AT: WF Physical Therapy

☐ OTHER (SPECIFY): _____

I understand this refusal is against the advice of my health care practitioner. I acknowledge that I have been informed of the risks, consequences and the danger to my health and possibly to my life which may result from my refusal of this procedure/treatment. I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment which my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing all of the health care providers, the facility and its staff from any and all liability for ill effects that may result from my refusal of treatment.

**Signature of Patient**

07/07/2015
Date

The above named patient refused the procedure/treatment, which is medically indicated, and necessary. I explained to the patient the risks, consequences and dangers of refusing the procedure/treatment include but are not limited to the following:

✳ Bus was tiny, I couldn't fit ✳

I provided the above named patient with the opportunity to ask questions, I answered the questions asked and it is my professional opinion that the patient understands what I have explained.

Pravin Ranfan, MD

07/07/2015
Date

**Print Name of Attending Physician or Authorized Health Care Provider**

**Signature of Attending Physician or Authorized Health Care Provider**

Juel Roundtree # 3491505881

(GRVC) 09-09 Hazen St

E. Elmhurst, N.Y. 11370

USM P3
SDNY

The Honorable Loretta A. Preska

SDNY. U.S. Dist. Court

500 Pearl St. PRO-SE INTAKE

NY NY 10007



2019 JUN 14 PM 12:36