STATE OF NEW YORK
County of Bronx ss:

To: William H. Pauley III or his honors  12/23/16

RECEIVED SDNY PRO SE OFFICE 2017 JAN 24 AM 11:51

From: Juel Roundtree #3491505881

RE: 15-CV-8198 "Amended Complaint placed in mail"

Your honor, today I have placed the Amended Complaint in the mail at GRVC, on Riker's Island, and when they place the postage and decide to send it, I pray it will reach you in good time.

However, because of a weight limit of I believe 13 ounces, I have been forced to send the two copies seperately.

I hope and pray your honors judgement is wholly in my favor. I have been wronged repeatedly by the NYC criminal justice system, and it's agents. The conditions here are deplorable, being continously stripped (on camera to leave the bldg. in a chapel), berated, dehumanized, and forced to wear dingy, unhygienic uniforms that jail can't keep a schedule to clean correctly, or even sizes is ridiculously foul, and cruel.

Sworn to before me this 24th day of December 2016 by Juel Roundtree
Danielle Stringer

-Respectfully Submitted-
Juel Roundtree
x Juel Roundtree

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2017

STATE OF NEW YORK
County of Bronx ss:

To: William H. Pauley III or his honors clerk        12/23/16

From: Juel Roundtree #3491505881

RE: 15-CV-8198 "Amended Complaint placed in Mail"

    Your honor, today I have placed the Amended Complaint in the mail at GRVC, on Riker's Island, and when they place the postage and decide to send it, I pray it will reach you in good time.

    However, because of a weight limit of I believe 13 ounces, I have been forced to send the two copies seperately.

    I hope and pray your honors judgement is wholly in my favor. I have been wronged repeatedly by the NYC criminal justice system, and it's agents. The conditions here are deplorable, being continuously stripped (on camera to leave the bldg in a shapel), berated, dehumanized, and forced to wear dingy, unhygienic uniforms that jail can't keep a schedule to clean correctly, or even sizes is ridiculously foul, and cruel.

Sworn to before me
this 24th day of December
2016 by Juel Roundtree

Danielle Stringer

-Respectfully Submitted-
Juel Roundtree
X Juel Roundtree

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2017

To: Whom it may Concern SDNY RECEIVED PRO SE OFFICE 2017 JAN 24 AM 11:51 8/15/16

From: Juel Roundtree #3491505881

RE: 16-CV-8120 / Non-Compliance with Directive concerning chemical weapon use on prisoners

Under Classification #4510R-F (page 1 III Policy C.), the arbitrary use of these chemical weapons renamed agents is strictly forbidden, yet it is encouraged, and joked about afterwards. The C.O.'s often brag and look forward to exposure, wasting tax-payer dollars while feigning injury to be ambulance transported to hospitals, getting days off, and then being paid $120 laughing to the bank, while the abuses run rampant.

Section IV. titled Guidelines states prior to the imposition of chemical weapons, whomsoever plans such use must notify the facility health services staff 1st, and only after clearance, or lack of response can these weapons be used. Yet, there has never been an occasion that was done, when I was exposed to these weapons.

Page 4 of 19, #8 under Guidelines, if time permits these weapon user shall make every effort to avoid collateral spraying by having innocents removed from the area of possible contamination. There is usually quite some time in my presence between threat assessment and spraying, but there are no attempts made to clear

the spray area, merely suprize usage for the direct intention of spraying non-threats purposely as petty revenge, for lack of compliance from the intended target. Also, medical staff should be notified to prepare to provide immediate assistance, which is never done, even after being sprayed recently 4 times in almost as many days I have never been treated medically for exposure.

Further, there is always supposed to be a warning given before these chemicals weapons are used, and no haphazard spraying is allowed, yet I have not ever been given the opportunity to get clear, even though I have a well known medical history of severe asthma.

My 1st time being sprayed was during June of 2015, and all camera footage of spraying events that have occurred while I was housed in 9B, 7A, 7B, 15 A & B, as well as, facility activities where I was present during a spraying, I am on camera being sprayed directly or coughing, and vomiting, yet I have never received any medical treatment, never even been evaluated by medical staff, instead I was either locked in my cell to suffer, or taken to intake to sit for hours with these caustic chemicals burning my skin. Page 14 (exhibit N), states a variety of measures that must be taken and/or followed and never followed, though required by law, rules and regulations. Pages 15 and 16 (Exhibits O and P respectively), it states those who want to be removed, must be removed immediately (before use), and afterwards should be taken to fresh air and/or by a strong fan, and one would theorize

enough flowing air to re-establish uninhibited breathing. I have been repeatedly left to cough up blood, vomit, have asthma attacks, and similar problems, and forced to lock in choking, or left on the floor of the housing area and/or being threatened, and violated by D.O.C. ESU or officers.

After an area is sprayed, it is required it is to be decontaminated, yet this is never done. There is not one instance in 15 months here in GRVC, where an area I was exposed to chemical weapons, where the area was decontaminated afterward.

I haven't even been offered help in the numerous times I have been untargeted, and still sprayed.

As a matter of fact, the female officers take advantage of situations to spray to aggravate people and cause lock ins by using their spray.

I challenge the D.O.C. to find on any of the numerous videos where I appear in the midst of being sprayed or after where any of these rules, regulations, or directives were followed.

Please have the Dept. of Corrections produce these more than 20 times I have been collaterally sprayed while in G.R.V.C., and help me to garner redress.

Respectfully Submitted

Sworn to before me this 19th day of August 2016

RUTH MARCANO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA5088836
Qualified in Nassau County
My Commission Expires December 01, 20_17_

To: Whom it may Concern          8/15/16

From: Juel Roundtree #3491505881

RE: 16-CV-8128 / Non-compliance with Directive concerning chemical weapon use on prisoners

    Under classification #4510R-F (page 1 III Policy C.), the arbitrary use of these chemical weapons renamed agents is strictly forbidden, yet it is encouraged, and joked about afterwards. The C.O.'s often brag and look forward to exposure, wasting tax-payer dollars while feigning injury to be ambulance transported to hospitals, getting days off, and then being paid $120 laughing to the bank, while the abuses run rampant.
    Section IV. titled Guidelines states prior to the imposition of chemical weapons, whomsoever plans such use must notify the facility health services staff 1st, and only after clearance, or lack of response can these weapons be used. Yet, there has never been an occasion that was done, when I was exposed to these weapons.
    Page 4 of 19, #8 under Guidelines, if time permits these weapon user shall make every effort to avoid collateral spraying by having innocents removed from the area of possible contamination. There is usually quite some time in my presence between threat assessment and spraying, but there are no attempts made to clear

the spray area, merely suprize usage for the direct intentions of spraying non-threats purposely as petty revenge, for lack of compliance from the intended target. Also, medical staff should be notified to prepare to provide immediate assistance, which is never done, even after being sprayed recently 4 times in almost as many days I have never been treated medically for exposure.

Further, there is always supposed to be a warning given before these chemicals weapons are used, and no haphazard spraying is allowed, yet I have not ever been given the opportunity to get clear, even though I have a well known medical history of severe asthma.

My 1st time being sprayed was during June of 2015, and all camera footage of spraying events that have occurred while I was housed in 9B, 7A, 7B, 15 A & B, as well as, facility activities where I was present during a spraying, I am on camera being sprayed directly or coughing, and vomiting, yet I have never received any medical treatment, never even been evaluated by medical staff, instead I was either locked in my cell to suffer, or taken to intake to sit for hours with these caustic chemicals burning my skin. Page 14 (exhibit N), states a variety of measures that must be taken and/or followed and never followed, though required by law, rules and regulations. Pages 15 and 16 (Exhibits O and P respectively), It states those who want to be removed, must be removed immediately (before use), and afterwards should be taken to fresh air and/or by a strong fan, and one would theorize

enough flowing air to re-establish uninhibited breathing. I have been repeatedly left to cough up blood, vomit, have asthma attacks, and similar problems, and forced to lock in choking, or left on the floor of the housing area and/or being threatened, and violated by D.O.C. ESU or officers.

After an area is sprayed, it is required it is to be decontaminated, yet this is never done. There is not one instance in 15 months here in GRVC, where an area I was exposed to chemical weapons, where the area was decontaminated afterward.

I haven't even been offered help in the numerous times I have been untargeted, and still sprayed.

As a matter of fact, the female officers take advantage of situations to spray to aggravate people and cause lock ins by using their spray.

I challenge the D.O.C. to find on any of the numerous videos where I appear in the midst of being sprayed or after where any of these rules, regulations, or directives were followed.

Please have the Dept. of Corrections produce these more than 20 times I have been collaterally sprayed while in G.R.V.C., and help me to garner redress.

Respectfully Submitted

Sworn to before me this 19th day of August 2016

RUTH MARCANO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MA5088836
Qualified in Nassau County
My Commission Expires December 01, 20 17