*Exhibit 15-CV-8198*

To: Whom it May Concern         2/24/17

From: Juel Roundtree #3491505881

RECEIVED SDNY DOCKET UNIT 2017 MAR -6 PM 3:19

RE: Denial of Medical Treatment/Deliberate lies by Corrections Officer White #10886 and harrassment

    For some reason, this woman thinks she can lie, change rules, and interpret directives to her benefit, which is not the case. There is no place in prison facility for staff, that commit acts in contradiction of the rules.

    On thurs., 2/23/17, in GRVC, housing area 7B, she did just that, and made me miss an important medical appt. in doing so, deliberately and with malice.

    I had an 12^pm appt., at "West facility", and at 10:15 am, C.O. Mrs. Frank came to escort me to the intake area. I informed C.O. Frank I wasn't ready and 45 minutes was too long to wait in an intake pen to take a 5 min. bus trip, to wait another hour or 2 for an appt. Without giving C.O. Frank time to respond C.O. White started yelling and cursing, "I guess you ain't sick then, your fat ass trying to get a lawsuit... but that shit is bullshit anyway", as well as, yelling over me, and insulting me as I tried to talk to C.O. Frank. Ultimately, she tells C.O. Frank to say I refused, to which I warned them both not to make that mistake and lie on me. Evidently C.O. Frank did it anyway, and when another officer was sent closer to the time (C.O. Morales), Ofc. White again lied and said I refused, but I ignored her and Ofc. Morales took me to intake where I was informed C.O. Frank (on behest of C.O. White) indeed called and cancelled my appt. illegally.

    This is not the 1st time her immature, spiteful, and stupid behavior, as well as, illegally or contrary to the rules and/or directives actions have caused me irrepairable harm, and danger.

(1)

www.PrintablePaper.net

Just a few months ago, half my legal work, and 100s of dollars of my personal property (artwork, clothing, writings, books, pictures, magazines) were destroyed when she purposely violated the directives in the presence of Capt. Cofield, where she refused to give me a regularly scheduled option, and a flood covered my property & cell in urine, feces, and water.

The cell had been flooding all day, and I informed her I needed to move my property, and she broke the rules to be spiteful, & it cost me.

She should not have any post in a housing area or in authority over people. She knows nothing about my medical needs, therefore should not interfere, I do not discuss my legal business with her and should never talk about my lawsuit or anything else to anyone about me.

Please get her retraining, have her apologize to me, make her pay restitution for my property, or fire her. I like her as a person, but in performance of her duties she leaves a lot to be desired, so retraining and removal from any housing areas might be best.

Respectfully, Juel Roundtree ©

State of New York —
County of Bronx ss.:
Sworn to before me
this 24th day of
February 2017

DANIELLE STRINGER
Notary Public State of New York
No 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2017

(2)

Juel Roundtree #349150S861
09-09 Hazen st.
E. Elmhurst, NY 11370

Legal mail

U.S. Dist. Ct. / S.D.N.Y.
Pro-Se Intake
500 Pearl st
NY NY 10007

10007-131699