UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUEL ROUNDTREE,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15cv8198

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        In response to Plaintiff's January 1, 2020 letter, (ECF No. 190), this Court directs Defendants to respond to Plaintiff's first request by January 24, 2010. This Court further directs Defendants to reproduce all discovery produced to Plaintiff. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: January 17, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.