UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUEL ROUNDTREE,

                Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15cv8198

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        Plaintiff's January 10, 2020 letter application (ECF No. 192) requesting documents is moot. Defendants' January 24, 2020 letter (ECF No. 193) reiterates that Defendants have reproduced all responsive documents and are conducting a more expansive 3-1-1 complaint search.

        Plaintiff's renewed request for this Court to appoint counsel is denied. This is Plaintiffs' third request. (See ECF Nos. 98, 144.) As this Court has previously stated, if Plaintiff survives any motion for summary judgment, this Court will appoint counsel for trial. Plaintiff is to cease making applications for counsel.

Dated: January 27, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.