

| | THE CITY OF NEW YORK | |
|---|---|---|
| **JAMES E. JOHNSON** | **LAW DEPARTMENT** | **Thais R. Ridgeway** |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | phone: 212-356-3586<br>fax: 212-356-2089<br>email: tridgew@law.nyc.gov<br>(not for service) |

October 29, 2020

**BY ECF**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

   Re: *Roundtree v. City of New York, et al.,*
     <u>15-CV-8198 (WHP)</u>

Dear Judge Pauley,

  I am an Assistant Corporation Counsel assigned to represent the Defendants City of New York, Corizon Medical, Warden Agustus, Dr. Arkady Cherchever, Captain Ellis, and Captain Conyers (hereinafter "Defendants") in the above-referenced matter. I write to respectfully request an additional 14 days for Defendants to file their motion for summary judgment.

  The current deadline for defendants to file their motion for summary judgment is October 30, 2020 pursuant to Your Honor's Scheduling Order. Dkt. No. 214. Defendants respectfully request an extension until November 14, 2020, which we need for several reasons. First, I have been on a mandatory 14-day quarantine upon arriving back in the State of New York (which ends tomorrow October 30, 2020) and have had limited remote access to some of the physical records upon which Defendants intend to rely. Second, the General Litigation Division of the Office of the Corporation Counsel and I in particular have experienced a significant increase in the volume of cases at the same time the Division has experienced a significant decrease in staffing, from 29 to 22 attorneys. Third, the medical records associated with this case are extensive – several hundred pages, and detailing Plaintiff's treatment history in the Rule 56.1 statement has taken more time that expected.

  Plaintiff previously consented to a briefing schedule that would permit Defendants to file their motion for summary judgment on December 20, 2020. Dkt. No. 213. While I have not had an opportunity to discuss the proposed extension to November 14, 2020 with Plaintiff because he is incarcerated. Based upon Plaintiff's prior consent to December 20, 2020, I do not believe he would object to November 14, 2020 extension. This is Defendants'

first request for an extension of time to file their summary judgment motion. The proposed 14 day extension would require changes to the current briefing schedule, and I propose that Plaintiff's opposition (if any) be due by January 12, 2021, and that Defendants' Reply be due January 29, 2021. No other dates would need to be modified.

    Thank you for your consideration of this request.

                  Respectfully submitted,

                  _____/s/_____

                  Thais R. Ridgeway
                  Assistant Corporation Counsel

CC:  **BY FIRST CLASS MAIL**
    Juel Roundtree
    DIN #17-A-4980
    Orleans Correctional Facility
    3531 Gaines Basin Rd.,
    Albion, New York, 14411-9199.

---

Application granted. Defendants are directed to file their motion for summary judgment on November 14, 2020. Plaintiff is directed to file his response on January 12, 2021. Defendants are directed to file their reply on January 29, 2021. A copy of this Order will be mailed by Chambers staff to Plaintiff at his new address:

Juel Roundtree
DIN #17-A-4980
Orleans SHU 200
3531 Gaines Basin Rd.
Albion, New York, 14411-9199

---

Dated: October 30, 2020
    New York, New York

               SO ORDERED:

               _____
               WILLIAM H. PAULEY III
       2       U.S.D.J.