UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

JUEL ROUNDTREE,                              :

                                 Plaintiff,   :          15cv8198

                                              :          ORDER
                  -against-                   :
                                              :
CITY OF NEW YORK, *et al.*,                   :
                                              :
                                 Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

WILLIAM H. PAULEY III, Senior United States District Judge:

             In response to Roundtree's most recent letter, (ECF No. 232), Defendants are

directed to re-send to Roundtree all discovery they produced and their summary judgment

papers.

             Rountree again seeks to re-open discovery.  However, that application is denied

for the same reasons this Court previously denied his motion to compel additional discovery.

(See ECF No. 209.)  Roundtree is also mistaken when he asserts he can serve interrogatories

without limit.  The Federal Rules of Civil Procedure—not the New York Civil Practice Law and

Rules—applies to this action, and the Federal Rules limit parties to 25 interrogatories, see Fed.

R. Civ. Pr. 33(a)(1).

             Roundtree is directed to file his opposition to Defendants' summary judgment

motion by March 30, 2021.  Defendants are directed to file any reply by April 13, 2021.

Dated: February 22, 2021
        New York, New York                    SO ORDERED:

                                              WILLIAM H. PAULEY III
                                                    U.S.D.J.