UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JUEL ROUNDTREE,

               Plaintiff,

            -against-

CITY OF NEW YORK, *et al.*,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

15cv8198

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

       Roundtree requests an extension of time to respond to Defendants' motion for summary judgment to June 15, 2021, citing—among other things—his May 12, 2021 release date. (ECF No. 102.) Roundtree's application is granted. However, no further extensions will be granted absent extraordinary circumstances.

       Upon his release, Roundtree is directed to provide his home address to the Clerk of Court so that this Court and Defendants' counsel may communicate with him. Roundtree is also directed to register with the electronic court filing system ("ECF").

       This Court advises Roundtree that valuable resources are available to him. Specifically, the Pro Se Office, which provides procedural assistance to pro se litigants, may be reached at 500 Pearl St., New York, New York, 10007, (212) 805-0175. Additionally, the New York Legal Assistance Group ("NYLAG") Legal Clinic for Pro Se Litigants provides free legal advice to pro se litigants, who may be seen by appointment at 40 Centre St., Room LL22, New York, New York, 10007. Roundtree is encouraged to contact NYLAG at (212) 659-6190.

       Chambers staff will mail a copy of this Order to Roundtree.

Dated: April 16, 2021
       New York, New York

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.