UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
JUEL ROUNDTREE,                                :
                                                                   :        15cv8198
              Plaintiff,          :
                                                                   :        ORDER
      -against-                              :
                                                                   :
CITY OF NEW YORK, *et al.*,              :
                                                                   :
            Defendants.      :
--------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        Roundtree requests an extension of time to respond to Defendants' motion for summary judgment for 90 days, citing—among other things—his health and current reliance on a wheelchair. (ECF No. 241.) Roundtree's application is granted and his deadline to submit any opposition papers is extended to September 17, 2021. However, no further extensions will be granted absent extraordinary circumstances.

        Chambers staff will mail a copy of this Order to Roundtree.

Dated: June 17, 2021                  SO ORDERED:
       New York, New York

                                                      _____
                                                          WILLIAM H. PAULEY III
                                                                 U.S.D.J.