UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
JUEL ROUNDTREE,                                                         :
                                                                        :
                              Plaintiff,                                :
                                                                        :          15 Civ. 8198 (JPC)
              -v-                                                       :
                                                                        :          NOTICE OF
CITY OF NEW YORK et al.,                                                :          REASSIGNMENT
                                                                        :
                              Defendants.                               :
                                                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned for all purposes. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro Se* Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Any filings submitted by Plaintiff through the *Pro Se* Intake Unit should be addressed to the undersigned.

      The Court respectfully reminds the parties that Plaintiff's deadline to respond to Defendants' motion for summary judgment is September 17, 2021. Dkt. 242. Defendants' reply, if any, shall be due October 1, 2021.

      The Clerk of Court is respectfully directed to mail a copy of both this Order and the Court's Individual Rules and Practices for *Pro Se* Litigants, available at https://www.nysd.uscourts.gov/hon-john-p-cronan, to the *pro se* Plaintiff.

      SO ORDERED.

Dated: July 30, 2021
      New York, New York
                                                            JOHN P. CRONAN
                                                           United States District Judge