UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JUEL ROUNDTREE,                                                        :
:
                Plaintiff,                              :
:      15 Civ. 8198 (JPC)
       -v-                                                              :
:      ORDER
NYC *et al.*,                                                          :
:
                Defendants.                           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Clerk of Court is directed to attempt to locate *pro bono* counsel to represent Plaintiff, either at trial or leading to trial to assist in discussions as to a pretrial resolution of this case. The Court advises Plaintiff that there are no funds to retain counsel in civil cases and the Court relies on volunteers. Due to a scarcity of volunteer attorneys, a lengthy period of time may pass before counsel volunteers to represent Plaintiff. Nevertheless, this litigation will progress at a normal pace. If an attorney volunteers, the attorney will contact Plaintiff directly. There is no guarantee, however, that a volunteer attorney will decide to take the case, and Defendant should be prepared to proceed with the case *pro se*.

      The parties are directed to appear at a telephonic status conference on February 9, 2022 at 10:00 a.m. In the event that Plaintiff does not have counsel by that date, he should appear *pro se*. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      The Clerk of Court is directed to mail this order to the *pro se* plaintiff.

SO ORDERED.

Dated: October 5, 2021
       New York, New York
                                                                    JOHN P. CRONAN
                                                                  United States District Judge