UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
                Plaintiff, :      15 Civ. 8198 (JPC)
:
     -v- :      <u>ORDER</u>
:
NEW YORK CITY *et al.* :
:
               Defendants. :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On December 2, 2021, Plaintiff filed a change of address. Dkt. 254. Certain filings in this case sent to Plaintiff's previous address were returned as undeliverable. The Clerk of Court is respectfully directed to mail the orders at Docket Numbers 245, 246, 248, and 249 to Plaintiff at his new address.

    SO ORDERED.

Dated: December 6, 2021
       New York, New York
                                        JOHN P. CRONAN
                                      United States District Judge