```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JUEL ROUNDTREE,                                                        :
                                                                       :
                              Plaintiff,                               :
                                                                       :         15 Civ. 8198 (JPC)
               -v-                                                     :
                                                                       :              ORDER
NEW YORK CITY et al.,                                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The conference previously scheduled for February 9, 2022, Dkt. 246, is adjourned *sine die*.

The Clerk of Court is respectfully directed to mail this order to the *pro se* Plaintiff.

SO ORDERED.

Dated: February 4, 2022
       New York, New York                          _____
                                                          JOHN P. CRONAN
                                                       United States District Judge