UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
                      Plaintiff, :
: 15 Civ. 8198 (JPC)
       -v- :
: ORDER
NEW YORK CITY *et al.*, :
:
                      Defendants. :
:
-----------------------------------------------------------------------X
JOHN P. CRONAN, United States District Judge:

      On December 14, 2021, Plaintiff filed a letter indicating that he "definitely ha[d] not abandoned this action and wish[ed] to proceed expeditiously." Dkt. 256. Since that time, the Court has not received any filings from Plaintiff, despite Defendants' pending motion for partial summary judgment. Dkt. 267. Plaintiff was previously ordered to oppose the motion by March 25, 2022. Dkt. 259. Given Plaintiff's *pro se* status, the Court *sua sponte* extends his time to oppose the motion for summary judgment to April 18, 2022.

      The parties are also directed to appear at a status conference on April 18, 2022 at 10:30 a.m. Defendants shall prepare to discuss any contact they have had with Plaintiff since his December 14 letter. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Plaintiff is on notice that if he does not reappear to litigate this case, the case may be dismissed for failure to prosecute or failure to comply with a court order. *See* Fed R. Civ. P. 41(b); *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . . .").

      The Clerk of Court is respectfully directed to mail this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                                  JOHN P. CRONAN
                                     United States District Judge