

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CHRISTOPHER G. ARKO**<br>*Senior Counsel*<br>(212) 356-5044<br>(212) 356-3509 (fax)<br>carko@law.nyc.gov |

April 5, 2022

**By ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   <u>Juel Roundtree v. City of New York, et al.</u>, 15 Civ. 8198 (JPC)

Your Honor:

      I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of this matter. I write to respectfully request that the conference, scheduled for April 18, 2022 at 10:30 a.m., be adjourned to April 20, April 21, April 25, April 26 in the morning, April 27, or April 28. This is defendants' first request to adjourn this conference. There does not appear to be a current telephone number for plaintiff on the docket at which he could be reached to ask for his consent.

      The reason for this request is that I am scheduled to commence trial on April 13, 2022 in the matter of <u>Wingate v. City of New York, et al.</u>, 14 CV 4063 (EK)(JRC) in the Eastern District of New York before the Honorable Eric Komitee. The trial is expected to last between three and four days and thus may not be completed by April 18, 2022.

      I thank the Court for its consideration herein.

Respectfully submitted,

/s/ *Christopher G. Arko*
Christopher G. Arko
Senior Counsel

The request is granted. The status conference previously scheduled for April 18, 2022, Dkt. 270, is adjourned until April 25, 2022 at 9:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The Clerk of Court is respectfully directed to mail this Order to the *pro se* Plaintiff.

SO ORDERED.
Date: April 5, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

cc:   Mr. Juel Roundtree
      *Plaintiff, Pro Se*
      127 W. 25th Street, Bed #6-044
      New York, New York, 10001

      and,

      c/o Juel Roundtree
      127 W. 83rd Street
      P.O. Box 1038
      New York, New York, 10024