UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JUEL ROUNDTREE, :
:
              Plaintiff, :
: 15 Civ. 8198 (JPC)
    -v- :
: ORDER
NYC *et al.*, :
:
              Defendants. :
:
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On June 3, 2022, Defendants moved to dismiss for failure to prosecute. Dkt. 278. Plaintiff shall oppose by June 20, 2022. The Clerk of Court is respectfully directed to mail this Order and the motion at Docket Number 278 to the *pro se* Plaintiff.

      SO ORDERED.

Dated: June 7, 2022
      New York, New York

                                                  JOHN P. CRONAN
                                       United States District Judge