**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JUEL ROUNDTREE,

                Plaintiff,

    -against-                                   15 **CIVIL** 8198 (JPC)

                                              **JUDGMENT**

NEW YORK CITY at al.,

                Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated July 13, 2022, Defendants' unopposed motion to dismiss for failure to prosecute is granted. However,... due to his pro se status, Plaintiff's claims will be dismissed without prejudice. Thornton v. Moroney, No. 13 Civ. 8912 (ER), 2014 WL 2805236, at *3 (S.D.N.Y. Jun. 20, 2014). Defendants' motion for partial summary judgment, is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      July 14, 2022

                                                         **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                             **BY:**       *K. Mango*
                                                        **Deputy Clerk**